1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  WILLIAM LANGSTON MEADOR, | CASE NO. 1:09-cv-01058-LJO-GSA PC |
| 10              Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND |
| 11     v. | REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE WITHIN THIRTY DAYS OR |
| 12  SGT. J. ALVIDREZ, et al., | THIS ACTION WILL BE DISMISSED |
| 13              Defendants. | (Doc. 2) |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff William Langston Meador, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 and a motion seeking leave to proceed in forma pauperis on June 16, 2009.

28 U.S.C. § 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff has had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted, and became subject to section 1915(g) on August 5, 2008.[1]  Therefore, Plaintiff is precluded from

---

[1] The Court takes judicial notice of case numbers 1:05-cv-00939-OWW-DLB PC Meador v. Pleasant Valley State Prison, et al. (dismissed 07/12/2007 for failure to state a claim); 1:07-cv-00952-LJO-DLB PC Meador v. C.C.I. Tehachapi, et al. (dismissed 06/30/2008 for failure to state a claim); 1:06-cv-01572-AWI-DLB PC Meador v. Corcoran State Prison, et al. (dismissed 08/05/2008 for failure to state a claim); and 1:06-cv-00926-LJO-GSA PC Meador v. Pleasant Valley State Prison, et al. (dismissed 05/26/2009 for failure to state a claim).

1

1    proceeding in forma pauperis in this action unless he was, at the time the complaint was filed, under

2    imminent danger of serious physical injury. Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir.

3    2007).

4           Plaintiff's claims arise from an incident at Kern Valley State Prison on July 16, 2008, in

5    which he was sprayed with pepper spray, and then not allowed to shower or change clothes, causing

6    him to suffer great pain. Because the claims raised in this action do not meet the imminent danger

7    exception, Plaintiff may not proceed in forma pauperis. Andrews, 493 F.3d at 1053. Plaintiff has

8    thirty days to pay the $350.00 filing fee in full or this action will be dismissed.

9           Based on the foregoing, it is HEREBY ORDERED that:

10          1.      Plaintiff's motion for leave to proceed in forma pauperis in this action is DENIED;

11                  and

12          2.      Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** or this action

13                  will be dismissed, without prejudice.

14

15   IT IS SO ORDERED.

16   **Dated:    June 17, 2009**                    **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2