IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LANGSTON MEADOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>SGT. J. ALVIDREZ, et al.,<br><br>    Defendants. | 1:09-cv-01058-LJO-GSA-PC<br><br>ORDER FOR PLAINTIFF TO PAY FILING FEE IN FULL FOR THIS ACTION WITHIN THIRTY DAYS, OR THIS ACTION WILL BE DISMISSED |

William Langston Meador ("plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the complaint commencing this action on June 16, 2009, along with a motion to proceed in forma pauperis. (Docs. 1, 2.) On June 17, 2009, the undersigned issued an order denying plaintiff's motion to proceed in forma pauperis under 28 U.S.C. § 1915(g) and ordered plaintiff to pay the $350.00 filing fee for this action within thirty days, or the case would be dismissed. (Doc. 4.) On June 30, 2009, plaintiff filed a motion for reconsideration of the court's order. (Doc. 5.) On July 2, 2009, the court denied the motion for reconsideration. (Doc. 6.) On July 16, 2009, plaintiff filed a notice of appeal to the Ninth Circuit, appealing the court's order of July 2, 2009. (Doc. 7.) On January 8, 2010, the Ninth Circuit dismissed plaintiff's appeal for failure to prosecute, based on plaintiff's failure to pay the filing fees for the appeal. (Doc. 11.)

1   At this juncture, pursuant to the court's order of June 17, 2009, plaintiff is required to pay the filing fee for this action, or this action will be dismissed.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff is required to pay the $350.00 filing fee in full for this action within thirty days of the date of service of this order; and

   2. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

   IT IS SO ORDERED.

**Dated:   April 21, 2010**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE