# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LANGSTON MEADOR,<br><br>        Plaintiff,<br><br>   vs.<br><br>SGT. J. ALVIDREZ, et al.,<br><br>        Defendants.<br>_____/ | 1:09-cv-01058-LJO-GSA-PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>ORDER FOR CLERK TO CLOSE CASE |

Plaintiff William Langston Meador ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 17, 2009, pursuant to 28 U.S.C. § 1915(g), the court found plaintiff ineligible to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within thirty days. (Doc. 4.) On June 30, 2009, plaintiff filed a motion for reconsideration of the court's order, which was denied on July 6, 2009. (Docs. 5, 6.) On July 16, 2009, plaintiff appealed the court's order to the Ninth Circuit, and the appeal was dismissed on January 8, 2010. (Docs. 7, 11.)

On May 11, 2010, the court issued another order requiring plaintiff to pay the filing fee within thirty days. (Doc. 12.) On May 7, 2010, plaintiff filed a motion for reconsideration of the court's order, which was denied on May 11, 2010. (Docs. 13, 14.) The thirty day time period for plaintiff to pay the filing fee has expired, and plaintiff has not complied with the court's order.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee. The Clerk is directed to close this case in its entirety.

IT IS SO ORDERED.

Dated:   June 14, 2010                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE